UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60353-CR-COHN/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WOODY SENAT,

    Defendant.
_____

## **O R D E R**

THIS CAUSE is before the Court on defendant **Woody Senat's** Motion for Severance of Counts (DE 17), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th of January, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA JoAnne Fine (FTL)
Sidney Fleischman, Esq.